

FILED
2018 Oct-09  AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Grant Barger, Interested Party
Pro Se
Barger.grant@gmail.com
(205) 266-8129



## United States District Court
### for the
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN B. BARGER, an individual, | |
| Plaintiff | Civil Action No. **EDNY: 1:17-cv-04869-FB-LB** |
| V. | Civil Action No. 2:18-mc-01569-KOB |
| FIRST DATA CORPORATION, et al., | |
| Defendants | |

### NOTICE OF CLERICAL FILING ERROR

I am Grant Barger and I am appearing pro se in this matter. On October 5, 2018, I physically filed Docket No. 5 (Response to Defendant's Motion to Compel and Motions to Quash & For Protective Order) by handing the document to the Court's clerks who scanned the document into the system. The filing of Docket No. 5 was made by me. Upon review of the PACER docket list, I noticed that the clerk's office indicated that Docket No. 5 was filed by "Steven B Barger". This filing status was a clerical error.

Docket No. 5 was filed by me, GRANT BARGER, as an interested party who is subject of the Motion to Compel (Docket No. 1). Docket No. 5 was not filed by Steven B. Barger and should properly be reflected as having been filed by Grant Barger.

1

Dated: October 9, 2018

_____
Grant Barger, Pro Se

## CERTIFICATE OF SERVICE

Today I e-mailed and placed this Notice of Clerical Filing Error into the USPS addressed to the below listed counsel for First Data Corporation.

Arnold W. Umbach III
Starnes Davis Florie LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
tumbach@starneslaw.com

Gary Eidelman
Saul Ewing Arnstein & Lehr
500 E. Pratt Street, Suite 900
Baltimore Maryland 21202-3133

Date: October 9, 2018

Name: GRANT BARGER
Address: 6200 Foxwood Trl. Birmingham, AL 35242
Phone: (205) 266-8129
E:mail: barger.grant@gmail.com